IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT AYERS, Acting Warden ) <br> of San Quentin State ) <br> Prison, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. CV-F-06-0942-AWI <br><br> **DEATH PENALTY CASE** <br><br> Order Granting Petitioner's Request to Extend Temporary Stay of Execution |

    On July 20, 2006 Petitioner Rodney Jesse San Nicolas ("San Nicolas"), a state prisoner facing capital punishment, through the Eastern District Selection Board ("Selection Board") filed a request for appointment of counsel, for stay of execution, and to proceed in forma pauperis.

    On July 21, 2006, the Court provisionally granted San Nicolas in forma pauperis status, pending receipt of a certificate from the warden or other appropriate officer of the prison of the amount of money or securities San Nicolas has on deposit at the prison. To date no certificate has been filed. The Selection Board indicates that this is due to an oversight and that the required certificate will be filed shortly.

    In the same order, the Court granted San Nicolas's request for

appointment of counsel pursuant to 18 U.S.C. § 3599(a)(2), and the matter was referred to the Selection Board to recommend counsel to represent him. Finally, the Court granted San Nicolas's request for a forty-five days stay of execution with respect to all court and other proceedings related to the execution of his sentence of death. The temporary stay of execution expired on September 4, 2006.

On September 25, 2006, San Nicolas, through the Selection Board, filed a request for a forty-five day extension of the temporary stay of execution, asserting additional time is necessary to locate counsel for appointment in this case. The Court finds the request reasonable and consistent with the Local Rules as well as with 28 U.S.C. § 2251(a)(3).

For good cause shown, it is ordered that:

1. A certificate of inmate account shall be filed as soon as practicable but no later than 10 days from the date of this order; and

2. The request for extension of the temporary stay of execution is granted and all court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, are stayed an additional forty-five days, from the date of this order.

Dated:     September 26, 2006

             /s/ Anthony W. Ishii
             Anthony W. Ishii
            United States District Judge