IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICHOLAS, <br><br> Petitioner, <br><br> v. <br><br> Robert L. Ayers, as Acting Warden of San Quentin State Prison, <br><br> Respondent. | Case No. CIV. F-06-0942-AWI-P <br><br> <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> <br><br> ORDER GRANTING PAUPERIS STATUS |

   On July 21, 2006, the Court provisionally granted Petitioner Rodney Jesse San Nicholas ("San Nicholas") in forma pauperis status, pending receipt of a certificate from the Warden of San Quentin State Prison as to the amount of monies or securities San Nicholas has on deposit in his inmate account. The Court also notes that a temporary stay of execution was extended on September 27, 2006 and will remain in effect until November 13, 2006 for the Selection Board of the Eastern District to locate counsel for appointment in this case.

   The required certificate together with a certified copy of San Nicholas's inmate account were filed on October 17, 2006. The documents filed show that San Nicholas has $0.00 in his inmate account. He therefore qualifies for in pauperis status in this federal proceeding, and the Court orders that he shall proceed in forma pauperis.

Dated:     October 20, 2006

                                            /s/ Anthony W. Ishii
                                            Anthony W. Ishii
                                            United States District Judge

06-0942.OGrantPaupStat.wpd