UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,, | Case No. CV-F-06-942 AWI |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TEMPORARY STAY OF EXECUTION PENDING APPOINTMENT OF COUNSEL |
| ROBERT L. AYERS, as Acting Warden of San Quentin State Prison, | |
| Respondent. | |

This matter is before the Court on the November 17, 2006 application for a second extension of the temporary stay of execution pending appointment of counsel filed on behalf of Petitioner Rodney Jesse San Nicolas ("San Nicolas"). No opposition has been filed on behalf of Respondent Robert L. Ayers, as Acting Warden of San Quentin State Prison.

On July 20, 2006, San Nicolas, through the Eastern District Selection Board ("Selection Board") filed a request for appointment of counsel, for stay of execution, and to proceed *in forma pauperis*, in the Eastern District of California pursuant to 28 U.S.C. § 2254. San Nicolas's request for appointment of counsel was granted, and the matter was referred to the Selection Board to recommend counsel to represent him. San Nicolas's request for a stay of execution was granted and all court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, were temporarily stayed for forty-five days, up to and including September 4, 2006.

A request for a forty five -day extension of the temporary stay of execution was filed September 25, 2006, by the Selection Board, asserting additional time is necessary to locate counsel for appointment

1  in this case, and the stay was extended until November 13, 2006.  The Selection Board now moves for
2  a second extension of the stay, on the ground that it has not yet completed the selection process.
3       For good cause shown, San Nicolas's request for a second extension of the temporary stay of
4  execution is granted.  All court and other proceedings related to the execution of his sentence of death,
5  including preparation for execution and the setting of an execution date, are stayed an additional forty
6  five days, through December 28, 2006.

8       IT IS SO ORDERED.

10  Dated:   November 27, 2006

        /s/ Anthony W. Ishii
        Anthony W. Ishii
        United States District Judge