UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS, ) | Case No. 1:06-CV-00942-AWI |
| Petitioner, ) | DEATH PENALTY CASE |
| vs. ) | ORDER RE: APPOINTMENT OF INTERIM COUNSEL |
| ROBERT L. AYERS, as Acting Warden ) of San Quentin State Prison, ) | |
| Respondent. ) | |

On July 20, 2006, Petitioner Rodney Jesse San Nicolas ("San Nicolas") commenced this action pursuant to 28 U.S.C. § 2254 by electronically filing a combined request for appointment of counsel, for stay of execution, and to proceed *in forma pauperis*. San Nicolas's request for appointment of counsel was granted on July 21, 2006, and the matter was referred to the Selection Board for the Eastern District of California to recommend counsel to represent him. San Nicolas's request for a stay of execution was granted and all court and other proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, were stayed temporarily pending appointment of counsel. Two extensions of the temporary stay of execution pending appointment of counsel were granted.

On January 16, 2007, the Court received a letter from the Selection Board recommending the appointment of Wesley A. Van Winkle as co-counsel, but serving alone on an interim basis until another attorney to serve as co-counsel to Mr. Van Winkle can be located. Because of concerns regarding the running of the statute of limitations in the event appointment of interim counsel is delayed, the Selection Board has recommended that Mr. Van Winkle be appointed at once, with the understanding that separate

1 counsel will be appointed as soon as availability and qualification issues have been resolved. The
2 Capital Habeas Unit of the Office of the Federal Defender is assessing whether it may be able to accept
3 appointment as co-counsel and will advise the Court in 30 days of its availability. A decision in this
4 regard is tied to federal budgetary restraints.

5       The Court is familiar with Mr. Van Winkle's qualifications and abilities from his appointment
6 as co-counsel in another capital habeas case pending in this Division, *Vieira v. Ayers*, Case No. 1:05-cv-
7 01492-OWW. Mr. Van Winkle is well-qualified. The Court also is aware that Mr. Van Winkle is
8 continuing counsel for San Nicolas, having prosecuted the direct appeal before the California Supreme
9 Court and the state post-conviction petition. Accordingly, although his familiarity with the case (and
10 client) is advantageous as far as swiftness in preparation of the petition and budgetary concerns go, there
11 is a potential for a conflict of interest should Mr. Van Winkle's appellate representation be called into
12 question. Mr. Van Winkle is directed to address the potential conflict issue in a declaration that will be
13 filed with the Court under seal. The Court will consider Mr. Van Winkle's declaration testimony and
14 any other documentary or testimonial evidence relevant to the conflict issue. Should Mr. Van Winkle
15 and/or the Selection Board choose to do so, the Court will entertain a confidential telephonic conference
16 on the matter of the potential conflict. In that event, Mr. Van Winkle and/or the Selection Board shall
17 contact the Court to schedule a telephonic conference hearing. Once the matter of the potential conflict
18 is resolved, the Court promptly will take action on the recommendation to appoint Mr. Van Winkle as
19 interim counsel.

21       IT IS SO ORDERED.

23 Dated:   January 18, 2007

                                                /s/ Anthony W. Ishii
                                                Anthony W. Ishii
                                          United States District Judge