1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7                            EASTERN DISTRICT OF CALIFORNIA

8

9   RODNEY JESSE SAN NICOLAS,            )      Case No. 1:06-CV-00942-AWI
                                         )
10                 Petitioner,           )      <u>DEATH</u> <u>PENALTY</u> <u>CASE</u>
                                         )
11         vs.                           )      ORDER APPOINTING INTERIM COUNSEL
                                         )
12   ROBERT L. AYERS, as Acting Warden   )
     of San Quentin State Prison,        )
13                                       )
                   Respondent.           )
14   _____)

15         On January 18, 2007, the Court directed attorney Wesley A. Van Winkle to address the potential

16   for a conflict of interest regarding his appointment to represent Petitioner Rodney Jesse San Nicolas

17   ("San Nicolas") in this federal habeas corpus action.  The prospect of a potential conflict follows from

18   the fact that Mr. Van Winkle represented San Nicolas before the California Supreme Court in both direct

19   appeal and post-conviction proceedings.

20         Mr. Van Winkle filed a declaration under seal addressing the issue of conflict of interest on

21   January 22, 2007.  The Court has evaluated Mr. Van Winkle's declaration, and in an order previously

22   filed under seal, concluded that Mr. Van Winkle's appointment as co-counsel in this federal proceeding

23   will not lead to a conflict of interest that will later require his withdrawal from the case.  A further

24   submission filed under seal on January 31, 2007 from the Office of the Federal Defender has been

25   considered in the present order.  Based on the record before the Court, the recommendation of the

26   Selection Board to appoint Mr. Van Winkle as interim counsel in this matter is accepted.  The

27   appointment of Mr. Van Winkle shall be retroactive to January 24, 2007.

28

1    Upon receipt of this order, Mr. Van Winkle is directed to familiarize himself with the Guide to

2   Case Management and Budgeting in Capital Habeas Cases, Eastern District of California, Fresno

3   Division (hereafter the "Attorney Guide").  Counsel for the Warden also is encouraged to become

4   familiar with the Guide, most recently updated in January 2007, and posted on the Court's web-page

5   (under Fresno, "Attorney Info," Forms).

6    As no reimbursement rate has been established for Mr. Van Winkle, setting that rate should be

7   a priority.  To assist the Court in establishing his reimbursement rate, Mr. Van Winkle should review

8   paragraph 8 of the Attorney Guide, complete the Rate Justification Worksheet (Appendix A to the

9   Attorney Guide), and as much or all of the Confidential Case Evaluation Form (Appendix B to the

10  Attorney Guide) as is possible.  Counsel for the Warden also is asked to complete the Confidential Case

11  Evaluation Form.  The Court will maintain each Confidential Case Evaluation Form under seal, unless

12  the party  filing the Form elects to file it publicly.  It is the Court's experience that petitioners' attorneys

13  file their clients' Case Evaluation Forms under seal and that the Warden's attorneys file Case Evaluation

14  Forms publicly.  The Attorney Guide specifies that justification for the appointment of two lawyers who

15  truly function as co-counsel to one another will be required, particularly if both attorneys are seeking the

16  higher co-counsel rate, and even if one of the attorneys is the Federal Defender.  Mr. Van Winkle shall

17  append the Rate Justification Worksheet and the Confidential Case Evaluation Form to this application

18  to establish a rate of reimbursement.  The reimbursement rate application will be filed under seal.

23    IT IS SO ORDERED.

25  Dated:____February 1, 2007_____

                                                    _____/s/ Anthony W. Ishii_____
26                                                        Anthony W. Ishii
                                                    United States District Judge