UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>          Petitioner,<br><br>     vs.<br><br>ROBERT L. AYERS, as Warden<br>of San Quentin State Prison,<br><br>          Respondent. | Case No. 1:06-CV-00942-LJO<br><br>DEATH PENALTY CASE<br><br>ORDER DETERMINING TIMELINESS OF RESPONDENT'S OPPOSITION TO EQUITABLE TOLLING MOTION<br><br>Hearing Date: March 12, 2007<br>Hearing Time: 8:30 a.m.<br>Courtroom Eight |

The matter is before the Court on the request of Respondent Robert L. Ayers, as Warden of San Quentin State Prison (the "Warden") to postpone the hearing date on the pending motion for equitable tolling filed by Petitioner Rodney Jesse San Nicolas ("San Nicolas") or, alternatively, to deem his opposition brief filed on February 28, 2007 as timely. The Court grants the request as to the timeliness of the Warden's opposition brief and will maintain the hearing date of March 12, 2007 to consider the equitable tolling motion.

Due to a calendaring error, San Nicolas filed his motion for equitable tolling with only 25 days notice rather than the 31 days required pursuant to Local Rule 78-230(b). San Nicolas filed and electronically served his motion on February 15, 2007 and set the hearing date for Monday, March 12, 2007. Under subdivision (c) of Rule 78-230, the party opposing a motion is to file an opposition no later than 14 days before the hearing. In this case, 14 days before the hearing was February 26, 2007. Based on these dates, from the filing of the motion to the due date on February 26, 2007, the Warden had only 11 days to complete his opposition. Had the hearing on the motion been properly noticed pursuant to

subdivision (b) of Rule 78-230, the Warden would have 17 days to prepare his opposition brief. In fact, the Warden electronically filed his opposition brief on February 28, 2007. In light of the defective notice, the Court considers the Warden's opposition brief timely filed.

IT IS SO ORDERED.

Dated: February 28, 2007

        /s/ Lawrence J. O'Neill
Lawrence J. O'Neill
United States District Judge