UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS, | Case No. 1:06-CV-00942-LJO |
| Petitioner, | DEATH PENALTY CASE |
| vs. | ORDER APPOINTING COUNSEL |
| ROBERT L. AYERS, JR., as Warden of San Quentin State Prison, | |
| Respondent. | |

On July 20, 2006, Petitioner Rodney Jesse San Nicolas ("San Nicolas") commenced this action pursuant to 28 U.S.C. § 2254 by electronically filing a combined request for appointment of counsel, for stay of execution, and to proceed *in forma pauperis*. San Nicolas's request for appointment of counsel was granted on July 21, 2006, and the matter was referred to the Selection Board for the Eastern District of California to recommend counsel to represent him. San Nicolas's request for a stay of execution was granted and all court and other proceedings related to the execution of his sentence of death were stayed temporarily pending appointment of counsel. Two extensions of the temporary stay of execution pending appointment of counsel were granted.

On January 16, 2007, the Court received a letter from the Selection Board recommending the appointment of Wesley A. Van Winkle as co-counsel, but serving alone on an interim basis until another attorney to serve as co-counsel to Mr. Van Winkle could be located. Because of concerns regarding the running of the statute of limitations, the Selection Board recommended that Mr. Van Winkle be appointed at once, with the understanding that separate counsel would be appointed as soon as availability and qualification issues were resolved. Since that time, the Capital Habeas Unit of the

1  Office of the Federal Defender has been assessing whether it would be able to accept appointment as co-
2  counsel. The decision of the Federal Defender in this regard has been tied to federal budgetary restraints.
3      On February 2, 2007, the Court appointed Mr. Van Winkle as interim counsel retroactive to
4  January 24, 2007. On March 30, 2007, the Selection Board, by letter, advised the Court that the the
5  Federal Defender's Office would be available for appointment as Mr. Van Winkle's co-counsel, with
6  Assistant Federal Defender Harry Simon as the attorney designated to work with Mr. Van Winkle on
7  San Nicolas's case. The Court accepts the Selection Board's recommendation. Effective March 30,
8  2007, Mr. Van Winkle and Mr. Simon are co-counsel in this case.
9
10     IT IS SO ORDERED.
11
12 Dated:    March 30, 2007

        /s/ Lawrence J. O'Neill
        Lawrence J. O'Neill
        United States District Judge