IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>　　　　　　　　　　　　Petitioner,<br><br>v.<br><br>ROBERT AYERS, JR., as Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　Respondent. | Case No. 1:06-CV-00942 LJO<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING LEAVE FOR RESPONDENT TO FILE OPPOSITION BRIEF UNDER SEAL** |

This matter is before the Court on the application of Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden) for leave to file under seal his opposition brief to a the motion of Petitioner Rodney Jesse San Nicolas ("San Nicolas) to File Claims and Exhibits Under Seal. The Court previously has permitted San Nicolas to file his motion regarding three claims in the Petition under seal. Since the motion is filed under seal, the opposition may be filed under seal. The Warden's application is granted.

IT IS SO ORDERED.

Dated: February 11, 2008

Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

OGrantResptLv2FileUnderSeal.SanNic.wpd