UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, as Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 1:06-cv-00942 LJO-SAB<br><br>ORDER REFERRING RESPONDENT'S MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE<br><br>DATE: April 24, 2014<br>TIME: 9:30 a.m.<br>COURTROOM 9 |

Respondent Kevin Chappell, as Warden of California State Prison at San Quentin (the "Warden) filed a motion to dismiss Claim 1 of the Sealed Petition filed by Petitioner Rodney Jesse San Niclolas ("San Nicolas") on March 17, 2014 [ECF No. 116]. San Nicolas filed his opposition on April 10, 2014 and the Warden filed his reply on April 17, 2014.

The Court has reviewed the parties' briefs and finds that the pending motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(B)(1)(b) and Federal Rule of Civil Procedure 72. The hearing in the matter will proceed telephonically by toll-free teleconference on the date set.

Accordingly, it is HEREBY ORDERED that:

    1.    The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;

OReferringCase2MJ-San

2. The hearing set for April 24, 2014 before District Judge Lawrence O'Neill in Courtroom 4 shall be heard in Courtroom 9, telephonically; and

3. The parties are directed to notify Courtroom Deputy Clerk, Mamie Hernandez , if they intend to appear telephonically, so that a notation can be placed on the court calendar. The Courtroom Deputy Clerk will provide counsel with the toll-free teleconference number of (877) 366-1280 and the **teleconference code** for the call.

DATED: April 22, 2014            /s/ Lawrence J. O'Neill
                                            LAWRENCE J. O'NEILL
                                            United States District Judge

OReferringCase2MJ-San