UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, as Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:06-cv-00942 LJO-SAB<br><br>ORDER REDACTING CONFIDENTIAL PORTIONS OF THE TRANSCRIPT OF APRIL 24, 2014 HEARING<br><br>(ECF No. 122) |

The Court has read and considered Petitioner's application to seal the April 24, 2014 transcript and Exhibit A of that application.

FOR GOOD CAUSE SHOWN if a transcript of the April 24, 2014 hearing is ordered, only those portions of the transcript discussing the contents of Sealed Claim 1 shall be redacted.

If there is a request for the transcript of the hearing, the parties shall meet and agree on which portions of the transcript should be redacted in light of this order. The parties shall then submit both the redacted and un-redacted versions of the transcripts in camera for the court to review along with a proposed order referencing the page and lines numbers to be redacted.

In the future, any request to seal a transcript of a hearing shall be made no later than the conclusion of the hearing. If such a request is made after the hearing, the request shall be accompanied by the transcript. If redaction is sought, the request must contain a proposed order detailing what should be redacted.

IT IS SO ORDERED.

Dated: **April 29, 2014**

UNITED STATES MAGISTRATE JUDGE

OReferringCase2MJ-San