HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, Bar #133112
Assistant Federal Public Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666

WESLEY A. VAN WINKLE, Bar # 129907
2709 Dana Street
Berkeley, CA 94705-1137
Telephone: (510) 848-6250

Attorneys for Petitioner,
RODNEY JESSE SAN NICOLAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT L. AYERS, Jr.,<br><br>　　　　Respondent. | NO. 1:06-CV-00942-LJO-SAB<br><br>**DEATH PENALTY CASE**<br><br>**ORDER REDACTING CONFIDENTIAL PORTIONS OF THE TRANSCRIPT OF APRIL 24, 2014 HEARING** |

　　　　FOR GOOD CAUSE SHOWN, the clerk shall file the complete transcript of the hearing held in this action on April 24, 2014 under seal. The court reporter shall prepare a separate transcript, which the clerk shall file publicly in this action, with the following passages redacted:

　　　　On Page 6, the final two words on Line 25 following the word "publicly"

　　　　On Page 7, the first two words on Line 1 preceding the word "that"

　　　　On Page 10: (1) the entirety of Line 4; and (2) the first six words of Line 5 preceding the word "I"

On Page 11: (1) the last six words on Line 23 following the word "concern"; and (2) the single word on Line 24.

On Page 12: (1) the last three words on Line 2 following the word "But"; (2) the entirety of Lines 3 and 4; (3) the first word of Line 5 preceding the word "there's"; (4) the five words on Line 6 between the words "said" and "about"; (5) the nine words on Line 7 following the word "information"; (6) the entirety of line 8; (6) the first eight words of Line 9 preceding the word "And"; (7) the final word on Line 16 following the word "what"; (8) the first eight words on Line 17 preceding the word "it"; (9) the last eight words of Line 21 following the word "a"; (10) the first two words of Line 22 preceding the word "and"; (10) the final three words of line 22 following the word "know: and (11) the first word of Line 23 preceding the word "Whether."

IT IS SO ORDERED.

Dated:   **May 15, 2014**

UNITED STATES MAGISTRATE JUDGE