# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr.,<br><br>Respondent. | ) NO. 1:06-CV-00942-LJO-SAB<br>)<br>) **DEATH PENALTY CASE**<br>)<br>) **ORDER SEALING SUPPLEMENTAL**<br>) **ALLEGATIONS IN SUPPORT OF**<br>) **PETITIONER'S OBJECTIONS TO**<br>) **MAGISTRATE'S FINDINGS AND**<br>) **RECOMMENDATIONS GRANTING**<br>) **RESPONDENT'S MOTION TO DISMISS**<br>) **FOR LACK OF EXHAUSTION**<br>) |

FOR GOOD CAUSE SHOWN, the Supplemental Allegations in Support of Petitioner's Objections to Magistrate's Findings and Recommendations Granting Respondent's Motion to Dismiss for Lack of Exhaustion shall be filed under seal.

IT IS SO ORDERED.

Dated:  **May 29, 2014**

UNITED STATES MAGISTRATE JUDGE