# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>  Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>  Respondent. | Case No. 1:06-cv-00942-LJO-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING RESPONDENT'S UNOPPOSED APPLICATION TO MODIFY SCHEDULING ORDER<br>(ECF No. 140) |

    Before the Court is Respondent's application (ECF No. 140), seeking to modify the Court's February 6, 2015 scheduling order (ECF No. 139), by extending time to answer the Petition and for the parties to file a joint statement regarding further scheduling. Respondent states Petitioner's non-opposition to the application.

    For good cause shown, it is HEREBY ORDERED that Respondent's application is GRANTED in part. Since it took Respondent over 2 weeks to assign new counsel after the Court's order of February 6 without any explanation, the answer shall be filed no later than July

1

22, 2015 and the joint statement shall be filed not later than August 24, 2015.  The Court's February 6, 2015 order otherwise continues unchanged.

    Respondent is advised that no further extensions will be granted, even if new and/or different counsel were subsequently assigned to the case.

IT IS SO ORDERED.

Dated:   **March 13, 2015**

UNITED STATES MAGISTRATE JUDGE

2