# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, as Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No.  1:06-cv-00942-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL ANSWER TO SEALED ADDENDUM PETITION FOR WRIT OF HABEAS CORPUS<br><br>(ECF No. 143) |

　　　Before the Court is Respondent's request to file the following documents under seal (1) Respondent's request to seal documents, totaling two (2) pages,  (2) Respondent's answer to sealed addendum petition for writ of habeas corpus, totaling three (3) pages, and (3) Respondent's proposed order granting Respondent's request to file documents under seal,

1

1 totaling one (1) page.

2     On March 3, 2008, this Court issued an order granting Petitioner's request to file a sealed
3 addendum petition for writ of habeas corpus. (ECF Nos. 88 & 89.) On February 20, 2014, and
4 February 6, 2015, the Court directed Respondent to file under seal an answer to claim 1 of the
5 sealed addendum petition. (ECF Nos. 114 & 139.)

6     Documents containing confidential information may be filed under seal. Fed. R. Civ. P.
7 5.2, 26; Local Rule 141.

8     Here, the documents proposed for sealing are confidential. (See ECF Nos. 88 & 89.) As
9 noted, the Court previously ordered the answer to the sealed addendum petition be filed under
10 seal. However, the Court sees no reason to deny Respondent's instant request. Petitioner has not
11 opposed the request and the time for doing so has expired. Local Rule 141. Respondent
12 represents that Petitioner has been served with copies of the noted documents for sealing. (ECF
13 No. 145.)

14     Accordingly, for good cause shown, it is HEREBY ORDERED that Respondent's
15 request for a sealing order (ECF No. 143) is GRANTED as follows:

16     1.    The Clerk of the Court is directed to file under seal, (1) Respondent's request to
17         seal documents, totaling two (2) pages, (2) Respondent's answer to sealed
18         addendum petition for writ of habeas corpus, totaling three (3) pages, and (3)
19         Respondent's proposed order granting Respondent's request to file documents
20         under seal, totaling one (1) page,

21     2.    The above documents filed under seal and the information therein constitute
22         confidential information which shall not be disclosed, in whole or part, to any
23         person other than the Court and Court staff and individually named counsel for
24         the parties for their use solely in connection with this case,

25     3.    No publicly filed document shall include the above documents and/or the
26         information therein unless authorized by the Court to be filed under seal, and

27     4.    All provisions of this order shall continue to be binding after the conclusion of
28         this habeas corpus proceeding and specifically shall apply in the event of a retrial

of all or any portion of Petitioner's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment.

IT IS SO ORDERED.

Dated: **July 29, 2015**

UNITED STATES MAGISTRATE JUDGE