UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 1:06-cv-00942-DAD-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER UPON STIPULATION MODIFYING SCHEDULING ORDER<br><br>(Doc. Nos. 156 & 162) |

Before the court is the parties' stipulation filed December 23, 2016, proposing to modify the court's September 23, 2015 scheduling order to omit reference to and vacate scheduling for any motion(s) for discovery, expansion of the record, and/or evidentiary hearing, pending the court's analysis of claims under 28 U.S.C. § 2254(d).

Upon consideration of the record, the parties' stipulation and authorities cited therein, and for good cause shown:

1. The scheduled dates for filing and briefing any motion(s) for discovery, expansion of the record, and/or evidentiary hearing, (Doc. No. 156 at 2:9-14), are vacated. Rescheduling may be addressed following the court's §2254(d) analysis of the record claims.

/////

/////

1

2. In all other regards the September 23, 2015 scheduling order shall continue in full force and effect.

IT IS SO ORDERED.

Dated:  **December 28, 2016**

UNITED STATES DISTRICT JUDGE

2