UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JESSE SAN NICOLAS, | Case No. 1:06-cv-00942-KES |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER APPOINTING REPLACEMENT COUNSEL |
| CHANCE ANDES, Warden of San Quentin Rehabilitation Center, | |
| Respondent.[1] | |

Before the Court is the District Selection Board's recommendation of counsel to replace co-counsel Wesley Van Winkle, who recently withdrew from representing Petitioner in the case.

The facts of the case, as reflected in the Court's docket, are summarized below.

In 2006, Petitioner, a state prisoner convicted in 1992 of first degree murder and related offenses and sentenced to death,[2] began this federal habeas corpus proceeding pursuant to 28 U.S.C. § 2254.

In 2007, the Court appointed CJA attorney Wesley Van Winkle and the Office of the

---

[1] Chance Andes, acting warden of San Quentin Rehabilitation Center since January 2023, is substituted as Respondent in place of his predecessor wardens. Fed. R. Civ. P. 25(d).

[2] Stanislaus County Superior Court Case No. 259035.

1

Federal Defender, represented by Assistant Federal Defender Harry Simon, as co-counsel to represent Petitioner in the case. Later that same year, Petitioner filed a "protective" federal habeas corpus petition pursuant to *Pace v. DiGuglielmo*, 544 U.S. 408, 416 (2005).

In 2008, Petitioner filed a federal amended habeas corpus petition raising thirty-seven claims, and a separate sealed federal habeas corpus petition raising three claims, two of which subsequently were dismissed by the Court. That same year, the Court ordered the case stayed and held in abeyance of claim exhaustion in state court.

In 2014, Petitioner completed state court exhaustion proceedings.

In 2015, Respondent answered the federal amended and sealed habeas corpus petitions.

In 2018, the parties completed their respective briefing in support of and opposition to the federal amended and sealed petitions.

On January 24, 2024, the Court granted Mr. Van Winkle's motion to withdraw from representing Petitioner as co-counsel in the case, and referred the case to the District Selection Board for recommendation of replacement counsel.

On May 1, 2024, the Selection Board recommended that the Court appoint attorney John Robert Mills.

The Court will adopt the recommendation of the Selection Board.

ACCORDINGLY,

1. John Robert Mills is appointed as co-counsel to represent Petitioner for all purposes in this proceeding pursuant to 18 U.S.C. § 3599. *See* Local Rule 191(c). Mr. Mills is directed to comply with the e-filing registration requirements of Local Rule 135.

2. The Clerk of the Court is directed to file under seal the Selection Board's May 1, 2024 letter to the Court.

3. The Clerk of the Court is directed to serve copies of this order on John Robert Mills, Phillips Black, Inc., 1721 Broadway, Ste 201, Oakland, CA 94612, (Ph) 888-532-0897, (Email) j.mills@phillipsblack.org; counsel for the parties; Chance Andes, Warden of San Quentin Rehabilitation Center, San Quentin, CA 94964; and Connie Garcia, CJA Panel Administrator, Federal Defender's Office, 2300 Tulare Street, Suite 330, Fresno, CA 93721,

1 | (Email) Connie_Garcia@fd.org.

2 |     4.    Counsel for Petitioner shall provide him with a copy of this order.

5 | IT IS SO ORDERED.

6 | Dated:   May 14, 2024

                          UNITED STATES DISTRICT JUDGE